IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOBILE MINI, INC.,

        Plaintiff,                       No. CIV S-05-2458 FCD DAD

        vs.

DOUG KHORDT,

        Defendant.                  <u>ORDER</u>

_____/

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 72-302(c)(19).

        On July 23, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed July 23, 2007, are adopted in full;

3  2. Plaintiff's May 25, 2007 motion for entry of default judgment is granted on the terms set forth below;

4  3. Plaintiff is awarded actual damages in the amount of $212,542.17 on plaintiff's claim for conversion;

5  4. Plaintiff is awarded punitive damages in the amount of $743,897.59; and

6  5. Plaintiff's request for pre-judgment interest is deemed waived and plaintiff is awarded interest on judgment at 10% per annum from the date of entry of judgment until paid in full.

DATED: August 20, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2